UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT CARMACK,

        Plaintiff(s),                        Case No. 18-11018

v.                                          Honorable George Caram Steeh

CITY OF DETROIT, et al                Magistrate Judge R. Steven Whalen

        Defendant(s).
_____/

### ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: April 16, 2018                              s/George Caram Steeh
                                                                George Caram Steeh
                                                                 U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Matthew F. Leitman.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 16, 2018                              s/ S Schoenherr
                                                                 Deputy Clerk