# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ROBERT CARMACK,

       Plaintiff,                          Case No. 18-cv-11018

v                                        Hon. Matthew F. Leitman

CITY OF DETROIT, et al.,

       Defendants.

_____/

## ORDER TO ALLOW PLAINTIFF TO TAKE
## DEFENDANT GABE LELAND'S DEPOSITION

Upon Stipulation of Plaintiff Robert Carmack and Defendant Gabe Leland (Docket No. 9), and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that in accordance with the stipulation (Docket No. 9) entered into by Plaintiff Robert Carmack and Defendant Gabe Leland, Plaintiff Robert Carmack is allowed to take the deposition of Defendant Gabe Leland prior to the parties conferring in accordance with Rule 26(f). The deposition of Defendant Gabe Leland shall take place on June 7, 2018 at 2 p.m. and shall be noticed and conducted in accordance with Fed.R.Civ.P. 30.

**IT IS SO ORDERED.**

                       s/Matthew F. Leitman
                       MATTHEW F. LEITMAN
                       UNITED STATES DISTRICT JUDGE

Dated: May 21, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 21, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764